COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Enrique Torrijos v. Knightsbridge Funding LLC

Appellate case number:   01-22-00894-CV

Trial court case number: 2022-37696

Trial court:             281st District Court of Harris County

On December 5, 2022, appellant, Enrique Torrijos, filed a Statement of Inability to Afford Payment of Courts Costs in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(b)(1). On December 7, 2022, the district clerk filed the clerk's record. The record reflects that no contest to the affidavit of indigence was filed. *See id.* Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.


Judge's signature: ___/s/ Sherry Radack_____
                     ☑ Acting individually    ☐ Acting for the Court

Date: ___December 13, 2022_____